1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES MICHAEL
     KIMBLE BAYAIRD,
11
                 Petitioner,                    No. CIV S-09-0978 EFB P
12
             vs.
13
     B. CURRY,
14
                 Respondent.                    ORDER
15   _____/

16          Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17   § 2254.

18          Petitioner challenges a conviction in the Kern County Superior Court and so this action

19   should have been commenced in the district court in Fresno.  Local Rule 3-120(d).

20          Accordingly, it is hereby ordered that:

21          1.  This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

22          2.  The Clerk of Court shall assign a new case number.

23   ////

24   ////

25   ////

26   ////

                                                1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE